UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x

| | | |
|---|---|---|
| RICHARD LAPHAM, | : | 26-cv-5833 (SHS) |
| Plaintiff, | : | ORDER |
| -against- | : | |
| FORTUNA REALTY HOTEL SOHO LLC d/b/a Hotel Hugo Soho, and INDIEWALLS, INC., | : | |
| | : | |
| Defendants. | | |

---------------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

The initial pretrial conference having been held today, with counsel for all parties present,

IT IS HEREBY ORDERED that:

1. Plaintiff shall file his amended complaint on or before October 21, 2026;

2. Defendant Fortuna Realty Hotel Soho LLC's motion to dismiss Count II and Count III of the complaint [Doc. No. 24] is dismissed as moot, in light of the plaintiff's filing of an amended complaint;

3. Defendant IndieWalls' motion to dismiss the complaint [Doc. No. 26] is dismissed as moot, in light of the plaintiff's filing of an amended complaint; and

4. If defendants choose to move to dismiss the amended complaint, they may do so on or before November 11, 2026. The response to the motion to dismiss the amended complaint is due on or before November 25, 2026, and replies, if any, are due on or before December 2, 2026.

Dated: New York, New York
October 8, 2026

SO ORDERED:

Sidney H. Stein, U.S.D.J.